Scott Miller Beauty Salon, Inc. v Hamilton Stern Constr., LLC (2026 NY Slip Op 01722)

Scott Miller Beauty Salon, Inc. v Hamilton Stern Constr., LLC

2026 NY Slip Op 01722

Decided on March 20, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 20, 2026

PRESENT: LINDLEY, J.P., CURRAN, BANNISTER, OGDEN, AND DELCONTE, JJ. (Filed Mar. 20, 2026.) 

MOTION NO. (832/25) CA 24-01825.

[*1]SCOTT MILLER BEAUTY SALON, INC., PLAINTIFF-RESPONDENT, 
vHAMILTON STERN CONSTRUCTION, LLC, ET AL., DEFENDANTS, HAMILTON STERN CONSTRUCTION, LLC, THIRD-PARTY PLAINTIFF-RESPONDENT, ES SYSTEMS, INC., THIRD-PARTY DEFENDANT-APPELLANT, ET AL., THIRD-PARTY DEFENDANT.

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.